**Order entered June 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00619-CV

### IN RE STAFF CARE, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

Before the Court is relator's May 31, 2016 petition for writ of mandamus. The Court requests real parties in interest and respondent file their responses, if any, to the petition on or before **June 21, 2016**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE